UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MUSTAFA MUHAMMAD                           CIVIL ACTION

VERSUS                                     NO. 06-1420

CORNEL H. HUBERT, WARDEN                   SECTION "R"(2)

### ORDER

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

New Orleans, Louisiana, this 12th day of December, 2006.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE